UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARBON CREST LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> TENCUE PRODUCTIONS, LLC, a California limited liability company, JEFFREY D. WILK, an individual, and DOES 1-10, <br><br> Defendants. | No. C 19-08179 WHA <br><br> **ORDER ADVANCING CASE MANAGEMENT CONFERENCE** |

Defendant's motion to dismiss is due by **JANUARY 31, 2020**, for hearing on **MARCH 19, 2020 AT 8:00 A.M.** In addition, the case management conference is **ADVANCED** to **MARCH 19, 2020, AT 8:00 A.M.** A joint statement is due by March 12.

**IT IS SO ORDERED.**

Dated: January 29, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE