UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARBON CREST LLC, | |
| Plaintiff, | No. 19-08179 WHA |
| v. | |
| TENCUE PRODUCTIONS, LLC, et al., | **FINAL JUDGMENT** |
| Defendants. | |

Following the decision issued by our court of appeals, the previous judgment entered in favor of plaintiff Carbon Crest LLC, in the amount of $1,500,000, and against defendants Tencue Productions, LLC, and Jeferrey D. Wilk is hereby **VACATED**. Likewise, the award of costs entered in this case is **VACATED**. Plaintiffs shall recover nothing on their claims against defendants. Defendants shall recover nothing on their counterclaims. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 2, 2024.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE